No. 96–8033. PHILLIPS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 96–8036. HOWELL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 96–8053. TOKARS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 96–1149. TRUSTEES OF TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA AND VICINITY ET AL. *v.* FEDERAL EXPRESS CORP. ET AL. C. A. 3d Cir. Motion of National Coordinating Committee for Multiemployer Plans for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 96–1307. DUNCAN, WARDEN *v.* BAYLOR. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 96–1330. BLACK *v.* UNITED STATES. C. A. 7th Cir. Certiorari before judgment denied.

No. 96–8320 (A–670). MEDINA *v.* FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. 

No. 96–8321 (A–671). MEDINA *v.* FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. 

No. 96–8359 (A–676). MEDINA *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. 

No. 96–6659. SCOTT *v.* RECESSION HEARING OFFICIAL ET AL., 519 U. S. 1095;
 No. 96–6684. BAST *v.* GLASBERG ET AL., 519 U. S. 1095;
 No. 96–6973. FLEMING *v.* UNITED STATES, 519 U. S. 1083;
 No. 96–7290. FOSTER *v.* GIANT FOOD, INC., 519 U. S. 1153;.